1  Emily F. Knox, Esq. (State Bar No. 307035)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104
3  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
4  Email: egoldbergknox@jonesday.com

5  Bethany Biesenthal, Esq. (*Pro Hac Vice Forthcoming*)
   Allison McQueen, Esq. (*Pro Hac Vice Forthcoming*)
6  JONES DAY
   110 North Wacker Drive, Suite 4800
7  Chicago, IL 60606
   Telephone: (312) 782-3939
8  Facsimile: (312) 782-8585
   Email: bbiesenthal@jonesday.com
9         amcqueen@jonesday.com

10 Nicole Perry, Esq. (*Pro Hac Vice Forthcoming*)
   JONES DAY
11 717 Texas Street, Suite 3300
   Houston, TX 77002
12 Telephone: (832) 239-3939
   Facsimile: (832) 239-3600
13 Email: nmperry@jonesday.com

14 *Attorneys for Defendant*
   *Hilton Domestic Operating Company, Inc.,*
15

16                    **UNITED STATES DISTRICT COURT**

17                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  JANE T.C. DOE, an individual; | Case No. 2:25-cv-02580-JDP |
| 19            Plaintiff, | **AMENDED STIPULATION TO EXTEND THE DEADLINE FOR HILTON DOMESTIC OPERATING COMPANY, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 20       v. | |
| 21  G6 Hospitality, LLC; Motel 6, Inc. d/b/a Motel 6 Dallas, Tx– Market Center; Hilton Worldwide; Hilton Domestic Operating Company, Inc.; Hilton Dallas Lincon Centre; and DOES 1 through 200, inclusive; | |
| 24            Defendants. | |

- 1 -    AMENDED STIPULATION TO EXTEND THE
         DEADLINE FOR HILTON TO RESPOND TO
         PLAINTIFF'S COMPLAINT

NAI-5003009357v1

Plaintiff Jane T.C. Doe ("T.C.") and Defendant Hilton Domestic Operating Company, Inc. ("Hilton"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On February 6, 2025, T.C. filed her Complaint in the Sacramento County Superior Court of California, case number 25CV003059, naming Hilton; G6 Hospitality, LLC; Motel 6, Inc. d/b/a Motel 6 Dallas, Tx–Market Center; Hilton Worldwide; Hilton Dallas Lincon Centre[1]; and Does 1 through 200, inclusive as defendants.

2. On August 7, 2025, Defendant G6 Hospitality, LLC was served with process. As of the date of this filing, Hilton has not been served.

3. On September 8, 2025, Hilton timely removed the case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. Because G6 Hospitality, LLC had not retained counsel in this action, Hilton filed Notice of Removal despite not having been yet served.

4. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the deadline to respond to Plaintiff's Complaint is the later of 21 days after receiving the Complaint, 21 days after being served with the summons for an initial pleading on file at the time of service, or 7 days after notice of removal is filed. As such, the current deadline for Hilton to respond to the Complaint is September 15, 2025.

5. On September 11, 2025, the Parties filed a stipulation to extend the deadline for Hilton to file its response to the Complaint to September 20, 2025. That stipulation contained an error, in that the parties intended to extend the response deadline for Hilton to September 29, 2025.

6. The Parties hereby agree, stipulate and respectfully request that the Court extend the deadline for Hilton to file its response to the Complaint for an additional fourteen (14) days, making its deadline to respond **September 29, 2025**.

7. This extension is necessary to provide Hilton counsel sufficient time to review and respond to the allegations made by Plaintiff in her Complaint.

---

[1] Hilton Worldwide and Hilton Dallas Lincoln Centre do not exist, and the parties are working to agree on voluntary dismissal as to those entities. To the extent those parties are not formally dismissed by the September 15 response deadline, the parties agree to extend this extension request to Hilton Worldwide and Hilton Dallas Lincoln Centre as well.

8. This is the first stipulation for an extension of time (as amended) for Hilton to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: September 12, 2025                    Respectfully submitted,

JONES DAY

By: /s/ Emily F. Knox
   Emily F. Knox
   Bethany Biesenthal (*Pro Hac Vice Forthcoming*)
   Allison McQueen (*Pro Hac Vice Forthcoming*)
   Nicole Perry (*Pro Hac Vice Forthcoming*)

   *Attorneys for Defendant Hilton Domestic Operating Company, Inc.*

DAGHER LAW

By: /s/ Nicholas Dagher (as authorized on 9/12/25)
   Nicholas Dagher, Esq. (SBN 275776)
   DAGHER LAW
   147 Waverly Drive
   Pasadena, CA 91105
   T: (626) 415-4422
   Email:   dagher@nd-lawyers.com; sam@nd-lawyers.com

   *Attorney for Plaintiff Jane T.C. Doe*

## [PROPOSED] ORDER

Having considered the Stipulation between all Parties, and good cause appearing,

IT IS SO ORDERED.

Dated:   September 16, 2025                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE

- 3 -   AMENDED STIPULATION TO EXTEND THE DEADLINE FOR HILTON TO RESPOND TO PLAINTIFF'S COMPLAINT

NAI-5003009357v1